**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| BRENDALEE MELENDEZ-TORRES, et al. | * * * |
| Plaintiffs | * * |
| v. | *   **Civil No. 06-1264(SEC)** |
| AMERICAN EXPRESS CORP., et al. | * * * |
| Defendants | * |

**********************************

**ORDER**

On June 12, 2006 Plaintiffs filed an amended complaint in this action adding OSI Collection Services, Inc. as a Co-defendant (**Docket # 11**). Pursuant to the Court's order of even date (**Docket # 12**), the time to serve process upon Co-defendant OSI Collection Services, Inc. has expired and, to this day, Plaintiffs have not provided proof of service for said Co-defendant. Therefore, as provided by Fed. R. Civ. P. 4(m), the Court is hereby **giving notice** to Plaintiffs that it intends to dismiss the case against Co-defendant OSI Collection Services, Inc. if proof of service is not filed **by August 23, 2006**. Any requests for an extension of time to serve process shall be timely filed before the expiration of this term, showing good cause why it should be granted.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of August, 2006.

S/ Salvador E. Casellas
SALVADOR E. CASELLAS
U.S. Senior District Judge